# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

VERNARD BROOKS,

      Plaintiff,

vs.                                      Case No. 2:17-cv-00659-WED

COMMUNITY MEMORIAL HOSPITAL
OF MENOMONEE FALLS, INC. and
FROEDTERT HEALTH, INC.

      Defendants.

## STIPULATION FOR DISMISSAL

WHEREAS the parties in the above-captioned matter have reached a confidential and comprehensive settlement agreement resolving the matter in its entirety, they, by their respective counsel, hereby stipulate to the dismissal of the above-captioned matter on its merits, with prejudice, and without costs to either side.

Dated: August 22, 2018

| | |
|---|---|
| s/ Devin S. Hayes | s/ Adam M. Kent |
| VON BRIESEN & ROPER, S.C. | LAW OFFICE OF ADAM M. KENT |
| Doris E. Brosnan | Adam M. Kent |
| DBrosnan@vonbriesen.com | attorney@adamkentlegal.com |
| Devin S. Hayes | 7670 N. Port Washington Road |
| DHayes@vonbriesen.com | Milwaukee, Wisconsin 53217 |
| 411 East Wisconsin Avenue, Suite 1000 | Phone: 414-446-5331 |
| Milwaukee, WI 53202 | Fax: 888-509-8232 |
| Phone: 414-287-1483 | *Attorney for Plaintiff, Vernard Brooks* |
| Fax: 414-276-6281 | |
| *Attorneys for Defendant, Community Memorial Hospital and Froedtert Health, Inc.* | |