UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

VERNARD BROOKS,

    Plaintiff,

v.                            Case No. 17-CV-659

COMMUNITY MEMORIAL HOSPITAL
OF MENOMONEE FALLS, INC, et al.,

    Defendants.

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 38), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 24th day of August, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge